

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00217-CV

| | | |
|---|---|---|
| RICHARD D. CRAWFORD, Appellant | § | On Appeal from the 96th District Court |
| v. | § | of Tarrant County (096-262638-12) |
| | § | December 19, 2019 |
| XTO ENERGY, INC., Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Richard D. Crawford shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
       Justice Wade Birdwell